UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT DOMINQUEZ,<br><br>    Defendant. | Case No. 24-cv-01335-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Re: Dkt. No. 18 |

Good cause being shown, Defendant's request for an extension of time to file a responsive pleading is GRANTED. Dkt. No. 18. Defendant shall file his responsive pleading on or before February 11, 2025.

This order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Dated: 1/27/2025

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge