UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT DOMINQUEZ,<br><br>　　　　　Defendant. | Case No. 24-cv-01335-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 27 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendant's summary judgment motion is GRANTED. Dkt. No. 27. Plaintiff shall file his opposition by August 22, 2025. Defendant shall file a reply brief in support of his dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated: 7/16/2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge