UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SCOTT,

               Plaintiff,

     v.

SERGEANT DOMINGUEZ,

               Defendant.

Case No.  24-cv-01335-HSG

**JUDGMENT**

The Court has GRANTED defendant Dominguez's motion for summary judgment.  Dkt No. 25.  Judgment is entered in favor of defendant Dominguez and against Plaintiff.  The Clerk shall terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 16, 2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California